IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **SUE SHARABI,**<br>　　*Plaintiff,*<br><br>v.<br><br>**COWTOWN REDI MIX, INC.,**<br>　　*Defendant.* | § § § § § § § §　**CIVIL ACTION NO. 4:21-cv-00693-ALM** |

## ORDER

Considering the foregoing Joint Stipulation of Dismissal (Dkt. #16) with Prejudice and Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the above titled action is dismissed with prejudice as to all claims against Defendant Cowtown Redi Mix, Inc.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED** this 12th day of September, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE